## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SLADJANA PERISIC, on behalf of herself
and others similarly situated,

     Plaintiff,

v.                            Case No.: 8:16-cv-3255-EAK-MAP

ASHLEY FURNITURE INDUSTRIES, INC.,
a Wisconsin corporation,

     Defendant.

_____

## <u>ORDER</u>

     Before the Court is the Parties' Agreed Joint Motion to Set Briefing Schedule for Defendant's Motion for Summary Judgment and Motion to Exclude Experts and to Coordinate Hearing Date with Plaintiff's Motion for Class Certification ("Motion") (Doc. 49).  The Court having reviewed the Motion, the case file, and being otherwise duly advised in the premises, it is hereby

     **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED in part and DENIED in part** as fully set forth below.

[space intentionally left blank]

Case No.:  8:16-cv-3255-EAK-MAP

## I.     Briefing Schedule

The following briefing schedule jointly requested by the Parties for Defendant's Motion for Summary Judgment, Defendant's Motion to Exclude Experts, and Plaintiff's Motion for Class Certification is approved and is hereby incorporated by reference in the Court's Case Management and Scheduling Order (Doc. 21):

| Event | Deadline to File |
|---|---|
| Motion to Exclude Experts | March 5, 2018 |
| Reply in Support of Motion for Summary Judgment | March 6, 2018 |
| Reply in Support of Motion for Class Certification | March 12, 2018 |
| Opposition to Motion to Exclude Experts | March 26, 2018 |
| Reply in Support of Motion to Exclude Experts | April 16, 2018 |

## II.     Hearing Schedule

In their Motion, the Parties request an April 30, 2018 hearing date for the following motions:  (1) Plaintiff's Motion for Class Certification; (2) Defendant's Motion for Summary Judgment; and (3) Motion to Exclude Experts.

The hearing on Plaintiff's Motion for Class Certification is currently set to take place before this Court on April 2, 2018.  However, that motion has been duly referred to Magistrate Judge Mark A. Pizzo for a Report and Recommendation to this Court.  That being the case, the April 2, 2018 hearing date is hereby **STRICKEN** from the Court's calendar, and the hearing on Plaintiff's Motion for Class Certification shall be set by separate order of the Magistrate Judge.

With regard to the Parties' request that the Court hear argument on Defendant's Motion for Summary Judgment and Motion to Exclude Experts, they are directed to follow

the procedures detailed in the Local Rules of this District.  It is the general practice of the Court that motions and other applications are ordinarily determined on the basis of the motion papers, briefs, and/or legal memoranda.  *See* Local Rule 3.01(j).  Accordingly, the Court **DENIES** that portion on the Parties' Motion requesting hearing on Defendant's Motion for Summary Judgment and Motion to Exclude Experts (which has not yet been filed with the Court).  Whether the Court will hear argument on those motions will be decided by the Court on an individual basis upon appropriate request by the Parties.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 28th day of February, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies Furnished To:

Counsel/Parties of Record