UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SLADJANA PERISIC, on behalf of herself and
others similarly situated,

    Plaintiff,

v.                                               Case No.: 8:16-cv-3255-EAK-SPF

ASHLEY FURNITURE INDUSTRIES, INC., a
Wisconsin corporation,

    Defendant.
_____

## ORDER

This matter comes before the Court on review of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation ("R&R") (Doc. 99), recommending that Plaintiff Sladjana Perisic's Motion for Class Certification ("Motion") (Doc. 35) be denied. Plaintiff has filed objections to the R&R (Doc. 103). Judge Pizzo recommends denying Plaintiff's Motion because the class Plaintiff proposes is not adequately defined and clearly ascertainable, and because Plaintiff has failed to meet the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(3).

Under the Federal Magistrate's Act ("Act"), Congress vested Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). "Within fourteen days after being served with a copy [of a magistrate's report and recommendation], any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1). On review by the district court, "the court shall make a *de novo* determination of those portions of the report . . . to which objection is made." *Id.* When no timely and specific objections are filed, case

...

Case No.: 8:16-cv-3255-EAK-SPF

law indicates the court should review the findings using a clearly erroneous standard. *See Gropp v. United Airlines, Inc.*, 817 F. Supp. 1558, 1562 (M.D. Fla. 1993).

After careful consideration of the R&R, in conjunction with a *de novo* review of Plaintiff's objections and an independent examination of other relevant portions of the file, the Court finds that the R&R is well-reasoned and correct, and the Court accordingly overrules each of Plaintiff's objections. The R&R is thus adopted by the Court and incorporated into this Order by reference.

**ACCORDINGLY**, it is therefore **ORDERED AND ADJUDGED** that:

1. Judge Pizzo's Report and Recommendation (Doc. 99) is **ADOPTED, CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes.

2. Plaintiff's objections to Judge Pizzo's Report and Recommendation (Doc. 103) are **OVERRULED**.

3. Plaintiff's Motion for Class Certification (Doc. 35) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 13th day of August, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies Furnished To:

Counsel/Parties of Record