# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

SLADJANA PERISIC, on behalf of Herself
and others similarly situated,

      Plaintiff,

vs.                                            Case No. 8:16-cv-03255-EAK-MAP

ASHLEY FURNITURE INDUSTRIES, INC.,
a Wisconsin corporation,

      Defendant.

---

**DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC.'S
RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to the Court's August 15, 2018 Order to Show Cause [ECF No. 107], Defendant Ashley Furniture Industries, Inc. ("AFI") respectfully responds that it takes no position on whether the Court has continuing jurisdiction.

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for Defendant Ashley Furniture Industries, Inc.*
1450 Brickell Ave, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

BY: */s/ Mitchell E. Widom*
    **MITCHELL E. WIDOM**
    Florida Bar No. 473911
    mwidom@bilzin.com
    **LORI P. LUSTRIN**
    Florida Bar No. 59228
    llustrin@bilzin.com

and

Mark D. Campbell, Esq. (*Pro Hac Vice*)
Rachel A. Straus, Esq. (*Pro Hac Vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
Email: mcampbell@sidley.com
Email: rstraus@sidley.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 29, 2018, I caused the foregoing documents to be served on all counsel of record via CM/ECF system.

                                                     /s/ *Mark D. Campbell*
                                                        Mark D. Campbell