**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.  8:16-cv-03255-EAK-MAP**

SLADJANA PERISIC, on behalf of
herself and others similarly situated,

      Plaintiff,

vs.

ASHLEY FURNITURE INDUSTRIES, INC.,
a Wisconsin corporation,

      Defendant.
_____/

**AGREED JOINT MOTION TO HOLD MATTER IN ABEYANCE FOR 30 DAYS**

      Plaintiff Sladjana Perisic and Defendant Ashley Furniture Industries, Inc. (together, the "Parties"), by and through their undersigned counsel, respectfully move this Court to hold in abeyance for 30 days any ruling on Defendant's Motion for Summary Judgment, filed on February 6, 2018 (Dkt #40) and Order to Show Cause Re Subject Matter Jurisdiction (Dkt #107), for the purpose of allowing the Parties to attempt to reach resolution by settlement.

      In support of their motion, the Parties state:

      1.    On June 26, 2018, the Parties advised the Court that the mediation before the Honorable Scott J. Silverman (Ret.) had concluded without a settlement. (Dkt. #98.)

      2.    On August 30, 2018, and again on September 5, 2018, the Parties met and conferred and agreed that holding in abeyance for 30 days any ruling on Defendant's

Motion for Summary Judgment or the Court's Order to Show Cause Re Subject Matter Jurisdiction would promote judicial economy by allowing the Parties to attempt to reach resolution by settlement.

3. The Parties further agreed that should settlement talks break down at any time during such 30-day period, any Party shall have the right to seek to have the order of abeyance lifted.

WHEREFORE, the Parties respectfully request that the Court grant this motion and hold in abeyance for 30 days any ruling on Defendant's Motion for Summary Judgment or the Court's Order to Show Cause Re Subject Matter Jurisdiction.

Respectfully submitted,

By:  */s/ Mitchell E. Widom*  　　　　　　　By:  */s/ Mikael H. Stahle*

Mark D. Campbell (*Pro Hac Vice*)
Rachel A. Straus (*Pro Hac Vice*)
**Sidley Austin, LLP**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013
Tel:  (213) 896-6000
Fax:  (213) 896-6600
mcampbell@sidley.com
rstraus@sidley.com

Mitchell E. Widom
Fl. Bar No. 473911
Lori P. Lustrin
Fl. Bar No. 59228
**Bilzin Sumberg Baena Price & Axelrod, LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel:  (305) 374-7580
Fax:  (305) 374-7593
mwidom@bilzn.com
llustrin@bilzn.com

*Counsel for Defendant*

Matthew J. Matern (*Pro Hac Vice*)
Mikael H. Stahle (*Pro Hac Vice*)
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone:  (310) 531-1900
Facsimile:  (310) 531-1901
mmatern@maternlawgroup.com
mstahle@maternlawgroup.com

Julie Braman Kane, Fl. Bar No. 980277
Stephanie A. Casey, Fl. Bar No. 97483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
julie@colson.com
scasey@colson.com

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2018, I electronically filed a true and correct copy of the foregoing **Agreed Joint Motion to Hold in Abeyance for 30 Days Ruling on Defendant's Motion for Summary Judgment** with the Clerk of the Court for the United States District Court for the Middle District of Florida using the CM/ECF system, which will send notification of such filing to all counsel of record (see below Service List).

BY: */s/ Mitchell E. Widom*
    Mitchell E. Widom

## **SERVICE LIST**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION**

*Sladjana Perisic v. Ashley Furniture Industries, Inc.*
**Case No. 8:16-cv-03255-EAK-MAP**

| | |
|---|---|
| Mitchell E. Widom<br>Fl. Bar No. 473911<br>Email:  mwidom@bilzn.com<br>Lori P. Lustrin<br>Fl. Bar No. 59228<br>Email:  llustrin@bilzn.com<br>Bilzin Sumberg Baena Price<br>& Axelrod, LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel:  (305) 374-7580<br>Fax:  (305) 374-7593<br>*Counsel for Defendant* | Julie Braman Kane<br>Fl. Bar No. 980277<br>Email:  julie@colson.com<br>Stephanie A. Casey<br>Fl. Bar No. 97483<br>Email:  scasey@colson.com<br>Colson Hicks Eidson, P.A.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Tel:  (305) 476-7400<br>Fax:  (305) 476-7444<br>*Counsel for Plaintiff and Putative Class* |
| Mark D. Campbell (*Pro Hac Vice*)<br>Email:  mcampbell@sidley.com<br>Rachel A. Straus (*Pro Hac Vice*)<br>Email:  rstraus@sidley.com<br>Sidley Austin, LLP<br>555 West Fifth Street, 40th Floor<br>Los Angeles, California 90013<br>Tel:  (213) 896-6000<br>Fax:  (213) 896-6600<br>*Counsel for Defendant* | Matthew J. Matern (*Pro Hac Vice*)<br>Email:  mmatern@maternlawgroup.com<br>Mikael H. Stahle (*Pro Hac Vice*)<br>Email:  mstahle@maternlawgroup.com<br>Matern Law Group, PC<br>1230 Rosecrans Avenue, Suite 200<br>Los Angeles, California 90266<br>Tel:  (310) 531-1900<br>Fax:  (310) 531-1901<br>*Counsel for Plaintiff and Putative Class* |